IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE Y. GARRISON,   ) | No. C 13-02176 EJD (PR) |
| Plaintiff.   ) | ORDER OF DISMISSAL |
| v.   ) | |
| STATE OF CALIFORNIA, et al.,   ) | |
| Defendants.   ) | |

On May 13, 2013, Plaintiff filed a motion which initiated these proceedings. (Docket No. 1.) On the same day, the Clerk sent Plaintiff two separate notices that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint. (Docket Nos. 2 & 3.) On May 28, 2013, the notices were returned as undeliverable with a notation that the Plaintiff was no longer in custody. (Docket Nos. 4 & 5.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court

Order of Dismissal
G:\PRO-SE\EJD\CR.13\02176Garrison_LR13dismissal.wpd

1 fails to receive within sixty days of this return a written communication from the pro se
2 party indicating a current address.  See L.R. 3-11(b).
3     More than sixty days have passed since the mail addressed to Plaintiff was
4 returned as undeliverable.  The Court has not received a notice from Plaintiff of a new
5 address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice
6 pursuant to Rule 3-11 of the Northern District Local Rules.
7     The Clerk shall terminate any pending motions.

DATED: 8/7/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| STEVE Y. GARRISON, | Case Number CV 13-02176 EJD (PR) |
| Plaintiff. | |
| v. | **CERTIFICATE OF SERVICE** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____8/7/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.


**Steve Y. Garrison**
cwx 252
Santa Clara County Correction Department
885 N. San Pedro Street
San Jose, CA 95110



DATED: _____8/7/2013_____
　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk